_____

No. 96-1085
_____

United States of America,            *
                                      *
          Appellee,                   *
                                      *
     v.                               *  Appeal from the United States
                                      *  District Court for the
Gerald A. Rempfer,                    *  District of South Dakota.
                                      *
          Appellant,                  *       [UNPUBLISHED]
                                      *
David Rempfer; Oscar Rempfer;         *
Menno State Bank,                     *
                                      *
          Defendants.                 *


_____

          Submitted:  June 14, 1996

              Filed:  June 21, 1996

_____

Before FAGG, BOWMAN, HANSEN, Circuit Judges.
_____

PER CURIAM.

     Gerald E. Rempfer appeals from the district court's[1] order denying
his motion to dismiss and granting summary judgment to the United States
in this action arising out of a promissory note.  Having carefully reviewed
the record and the parties' briefs, we conclude the judgment of the
district court was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Lawrence L. Piersol, United States District
Judge for the District of South Dakota.

A true copy.

Attest:

        CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.